# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALAN BURDICK**                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:23-CV-00774-LPR**

**SALLY ANNE BURDICK**                                                                        **DEFENDANT**

## ORDER

Plaintiff Alan Burdick filed this action *pro se* without prepayment of the $402.00 filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit.[1] And a cursory review of Mr. Burdick's section 1983 Complaint (which names his mother as the sole Defendant) reveals that it is scantily pleaded. Mr. Burdick has not provided any facts or arguments, and the only relief he seeks is that the Court "solve this."[2]

To proceed with this action, Mr. Burdick must first, within 45 days from the entry of this Order, either pay the statutory filing fee or complete an Application to Proceed Without Prepayment of Fees and Affidavit. If he does not do one or the other within 45 days, his case will be dismissed without prejudice.[3] Mr. Burdick must also file an amended complaint (within 45 days from the entry of this Order) explaining in plain language who he is suing and why, as well as the specific relief he is requesting. Failure to do so will likely result in the dismissal of this lawsuit.

The Court directs the Clerk to send Mr. Burdick a prisoner Application to Proceed Without Prepayment of Fees and Affidavit, a blank § 1983 complaint form, and a copy of this Order.

---

[1] Compl. (Doc. 1).

[2] *Id*.

[3] Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE